1
2
3
4
5                     UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   In Re: Cathode Ray Tube (CRT)     )   Case No. 07-5944 SC
    Antitrust Litigation              )   MDL No. 1917
                                      )
9   _____   )   PRETRIAL ORDER NO. 1
                                      )
10  This Document Relates to:         )
                                      )
11      ALL ACTIONS                   )
                                      )
12  _____   )
13
14        On April 4, 2008, the Court conducted a status conference in
15  this multidistrict litigation ("MDL") proceeding.  After
16  considering the materials submitted by the parties at the
17  conference and good cause appearing, the Court hereby establishes
18  the following pretrial procedures.
19       **PRACTICE AND PROCEDURE ORDER UPON TRANSFER PURSUANT TO §
         1407(a) (REVISED)**
20
21        1.  This order shall govern the practice and procedure in
22  those actions transferred to this Court by the Judicial Panel on
23  Multidistrict Litigation (MDL Panel) pursuant to its order of
24  February 15, 2008, as well as all related actions originally filed
25  in this Court or transferred or removed to this Court.  This order
26  shall also govern the practice and procedure in any tag-along
27  actions transferred to this Court by the MDL Panel pursuant to
28  Rule 7.4 of the Rules of Procedure of the MDL Panel subsequent to

**United States District Court**
For the Northern District of California

1   the filing of the final transfer order by the Clerk of this Court

2   and any related actions subsequently filed, transferred or removed

3   to this Court.

4       2.   The actions described in paragraph 1 of this Order are

5   consolidated for pretrial purposes.

6           **ESTABLISHMENT OF MASTER DOCKET AND FILE**

7       3.   The files of all direct purchaser actions and indirect

8   purchaser actions shall be maintained in the master file, Case No.

9   C-07-5944 SC MDL No. 1917.   Every pleading filed in direct

10  purchaser actions and indirect purchaser actions shall bear the

11  above caption.   When a pleading or paper is intended to be

12  applicable to all actions, the words "All Actions" shall appear

13  immediately after the words "This Document Relates to:" in the

14  caption above.   When a pleading or paper is intended to be

15  applicable only to all direct purchaser actions, the words "All

16  Direct Purchaser Actions" shall appear in the caption.   When a

17  pleading or paper is intended to be applicable only to all

18  indirect purchaser actions, the words "All Indirect Purchaser

19  Actions" shall appear in the caption.

20      4.   All pleadings and submissions in these actions shall be

21  e-filed both in the master docket and in the individual case

22  docket(s) of any individual case(s) to which the submission

23  pertains.   All submissions filed in these actions shall bear the

24  identification "Case No. C-07-5944 SC MDL No. 1917," and when such

25  a submission relates to all of these actions, following "Case No.

26  C-07-5944 SC MDL No. 1917," shall be the notation "ALL CASES."   If

27  a submission does not relate to all of these actions, the docket

28                                  2

**United States District Court**
For the Northern District of California

number of the individual action or actions assigned by the Clerk
of the Court shall follow "Case No. C-07-5944 SC MDL No. 1917."
The chambers copy of each document e-filed in these cases must
clearly indicate the docket number assigned by the electronic case
filing system to each such document.

**APPEARANCES**

5. Counsel who have not yet entered an appearance shall
electronically file a Notice of Appearance in the master docket
and in the individual case docket(s) of any individual case(s).
Counsel who appeared in a transferor court prior to their case
being transferred to this Court need not enter an additional
appearance before this Court.

6. Attorneys admitted to practice and in good standing in
any United States District Court are admitted pro hac vice in this
litigation. Pursuant to Rule 1.4 of the Rules of Procedure of the
Judicial Panel on Multidistrict Litigation, association of local
counsel is not required.

**COMMUNICATIONS WITH THE COURT AND COUNSEL**

7. Unless otherwise ordered by the Court, all substantive
communications with the Court shall be e-filed.

8. The Court recognizes that cooperation by and among
plaintiffs' counsel and by and among defendants' counsel is
essential for the orderly and expeditious resolution of this
litigation. The communication of information among and between
plaintiffs' counsel and among and between defendants' counsel
shall not be deemed a waiver of the attorney-client privilege or
the protection afforded attorney work-product. Nothing contained

3

1  in this provision shall be construed to limit the rights of any

2  party or counsel to assert the attorney-client privilege or

3  attorney work-product doctrine.

4              **FILING AND SERVICE OF PAPERS AND PLEADINGS**

5       9.    These cases are subject to Electronic Case Filing

6  ("ECF"), pursuant to General Order 45, Section VI, which requires

7  that all documents in such a case be filed electronically.

8  General Order, Section IV(A) provides that "[e]ach attorney of

9  record is obligated to become an ECF User and be assigned a user

10 ID and password for access to the system upon designation of the

11 action as being subject to ECF." If he or she has not already done

12 so, counsel shall register forthwith as an ECF User and be issued

13 an ECF User ID and password.  Forms and instructions can be found

14 on the Court's website at

15 https://ecf.cand.uscourts.gov/cand/index.html.  All documents can

16 be e-filed in the master file, Case No. C-07-5944 SC MDL No. 1917.

17      10.   Papers that are filed electronically through the Court's

18 ECF system are deemed served on all parties as of the date of

19 filing.  All other service of papers shall be governed by the

20 Federal Rules of Civil Procedure unless otherwise agreed by the

21 parties.

22      11.   Permission to file briefs in excess of the page limits

23 set forth in Rule 7 of the Local Rules will not be routinely

24 granted in these cases.  Stipulations allowing oversized briefs

25 will not be approved unless submitted at least five (5) court days

26 before the first brief addressed in the stipulation is due.

27      12.   All parties are to make best efforts to resolve

28

**United States District Court**
For the Northern District of California

4

scheduling and other procedural issues by conferring with opposing

counsel in the case(s) before contacting the court.

**EVIDENCE PRESERVATION**

13.   All parties and their counsel are reminded of their duty

to preserve evidence that may be relevant to this action.  The

duty extends to documents, data and tangible things in the

possession, custody and control of the parties to this action, and

any employees, agents, contractors, carriers, bailees, or other

non-parties who possess materials reasonably anticipated to be

subject to discovery in this action.  "Documents, data, and

tangible things" shall be interpreted broadly to include writings,

records, files, correspondence, reports, memoranda, calendars,

diaries, minutes, electronic messages, voicemail, e-mail,

telephone message records or logs, computer and network activity

logs, hard drives, backup data, removable computer storage media

such as tapes, discs and cards, printouts, document image files,

Web pages, databases, spreadsheets, software, books, ledgers,

journals, orders, invoices, bills, vouchers, check statements,

worksheets, summaries, compilations, computations, charts,

diagrams, graphic presentations, drawings, films, charts, digital

or chemical process photographs, video, phonographic, tape or

digital recordings or transcripts thereof, drafts, jottings and

notes, studies or drafts of studies or other similar such

material.  Information that serves to identify, locate or link

such material, such as file inventories, file folders, indices,

and metadata, is also included in this definition.  Until the

parties reach an agreement on a preservation plan or the Court

United States District Court

For the Northern District of California

5

orders otherwise, each party shall take reasonable steps to preserve all documents, data, and tangible things containing information potentially relevant to the subject matter of this litigation.  In addition, counsel shall exercise all reasonable efforts to identify and notify parties and non-parties of their duties, including employees of corporate or institutional parties, to the extent required by the Federal Rules of Civil Procedure.

**PROTECTIVE ORDER**

14.   The parties shall meet and confer regarding a protective order for this proceeding.  Within 30 days of the entry of an Order appointing interim lead class counsel, the parties shall present a stipulated protective order, or in the event a stipulation cannot be reached, their respective proposals.

**DISCLOSURES**

15.   Within 30 days of the entry of this Order, the parties shall complete a Rule 26(f) conference and shall make initial disclosures within 14 days thereafter.

**ALTERNATIVE DISPUTE RESOLUTION**

16.   Within 30 days of the entry of an Order appointing interim lead class counsel, the parties shall discuss the selection of an alternative dispute resolution process.

**FURTHER CASE MANAGEMENT CONFERENCE**

17.   The Court shall conduct a Status Conference on July 11, 2008 at 10:00 A.M.  The parties shall electronically file a Joint Case Management Statement ten (10) court days prior thereto.

///

///

**APPLICABILITY OF ORDER**

18.  This Order shall apply to all actions subsequently filed in, or transferred to, this district that are related to this MDL proceeding.  Any party objecting to the application of this Order to a subsequently filed or transferred case shall file a motion for relief supported by good cause within 30 days of the case being added to the master docket.

DATED:  April 4, 2008

_____
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

7